## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2017, I caused the Telephonic Initial Pretrial Conference Order and the Court's Individual Rules of Practice in Case No. 17-CV-3316 to be served by First Class Mail upon the following Defendant:

**AMERICAN CITY BUSINESS JOURNALS, INC.**
80 Street
Albany, NY 12207

_____
C.K. Lee, Esq.